ALFRED L. HARSTN V. JEROME ROSENBERG.— Application denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

JACK HAMMER, an Infant, etc., v. BLOOMINGDALE BROS., INC.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

DAISY FITZPATRICK V. GEORGE SLAVIN.— Application denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

JACKSON HEIGHTS APARTMENT CORPORATION, Respondent, v. GEORGE H. STORM and Others, Doing Business and Trading under the Firm Name, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HARRY SACHS, as President of GOLDMAN, SACHS & Co., etc., Respondent, v. GUARANTY TRUST COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

BENJAMIN GUINNESS and Others, Copartners, etc., Respondents, v. GUARANTY TRUST COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

GEORGE M. McGRATH, Respondent, v. EVINRUDE MOTOR COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

MARIE CHESNOFF, Appellant, v. SAMUEL WILSON, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of ALLEN W. EVARTS and Another of Their Proceedings as Executors, etc., of EMILY F. SOUTHMAYD, Deceased.— Decree affirmed, with costs to all parties to this appeal appearing by separate counsel and filing briefs herein, payable out of the estate. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

JOHN J. CAVANAGH, Respondent, v. CENTRAL RAILROAD OF NEW JERSEY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.,

OWEN E. CAVANAGH and Another, Respondents, v. CENTRAL RAILROAD OF NEW JERSEY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

PARKER SHEET METAL WORKS, INC., Respondent, v. ALLIED MUTUALS LIABILITY INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order with notice of entry thereof upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ELBRIDGE G. SNOW, JR., Respondent, v. UNION HISPANO AMERICANA FIRE AND MARINE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

DARBY A. DAY, Respondent, v. JAMES G. TRAINER, Appellant.— Determination affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.